JAMES MURRIN v. ARCHBALD CONSOLIDATED COAL COMPANY and Others. — Motion granted; questions certified.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

AMOS K. ASHBY and Others v. DE LA VERGNE MACHINE COMPANY.— Motion granted.  Settle order on notice.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JOHN S. KEDROVSKY v. ARCHBISHOP, ETC., OF RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others.— Motion granted so far as to permit receiver to file a brief as *amicus curiæ.*  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JOE LEVITON and Others v. MOLLEE BORITZ.— Motion denied, with ten dollars costs, and stay vacated.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

RALPH L. FULLER & COMPANY, INC., v. W. H. F. JORDAN, JR., INC.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

GEORGE. J. LOW v. FREDERICK M. DYER.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

BAYARD PRODUCTS COMPANY, INC., v. D. C. ANDREWS & COMPANY, INC.— Motion for stay pending application for leave to appeal to Court of Appeals granted; the application to be made to this court May 13, 1921. Settle order on notice.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

LITTLEJOHN & BULL, INC., v. SIEGFRIED DEUTSCH and Others.— Motion for stay pending application to Court of Appeals for leave to appeal to said court granted.  Settle order on notice.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

CLARENCE H. VENNER, Appellant, v. AMERICAN TELEPHONE AND TELEGRAPH COMPANY and Others, Respondents.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ELIZABETH H. KENNARD, Appellant, v. WILHELM P. KENNARD, Respondent.— Judgments affirmed, without costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ALONZO R. PECK and Another, Appellants, v. SAMUEL S. PECK and Another, Respondents, Impleaded with Others.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

SOCIETE BORDELAISE DE CONSERVES & PRODUITS ALIMENTAIRES, Appellant, v. WOOD & SELICK, Respondent.—.Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ANNA J. SMITH, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.